```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                                       :
SHERON WALTERS,                                  :
                                                                                        :
                                            Plaintiff,    :        1:21-cv-2880-GHW
                                                                                         :
                  -v -                                   :        ORDER
                                                                                        :
CITY OF NEW YORK,                   :
                                                                                        :
                                     Defendant.   :
                                                                                         :
---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      The Court has received Plaintiff's letter dated August 23, 2021, requesting legal guidance, Dkt. No. 17. The Court cannot provide litigation assistance to parties in civil litigation. Other organizations may be able to provide Plaintiff with legal guidance, such as the New York Legal Assistance Group, which offers a legal clinic for pro se litigants. To make an appointment with the legal clinic, Plaintiff can call 212-659-6190. Additional information can be found on the Court's webpage, at https://www.nysd.uscourts.gov/prose.

SO ORDERED.

Dated: September 2, 2021
New York, New York

                                                 _____
                                                     GREGORY H. WOODS
                                            United States District Judge