```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/16/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                       :

SHERON WALTERS,                     :

                                            Plaintiff,     :          1:21-cv-2880-GHW

                                 -v -                                    :          <u>ORDER</u>

CITY OF NEW YORK,                 :

                                          Defendant.   :

-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        On February 15, 2022, the Court received Plaintiff's answers to Defendant's requests for admissions. Dkt. No. 24. Plaintiff is directed to not file her discovery responses with the Court. Federal Rule of Civil Procedure 5 generally provides that discovery requests and responses should not be filed with the court unless the Court requires the parties to file them. Instead, Plaintiff should mail her responses to Defendants.

        The Clerk of Court is directed to mail a copy of this order to Plaintiff.

        SO ORDERED.

Dated: February 16, 2022
           New York, New York
                                                                      GREGORY H. WOODS
                                                         United States District Judge