USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/8/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                                           :

SHERON WALTERS,                                                  :

                                                 Plaintiff,    :                1:21-cv-2880-GHW

                                                                           :

                          -v -                            :                <u>ORDER</u>

                                                                           :

CITY OF NEW YORK,                                         :

                                             Defendant.   :

                                                                           :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      It is hereby ORDERED that all parties appear via telephone for a pre-motion conference with the Court on March 21, 2022 at 1:00 p.m. The purpose of this conference is to discuss Defendant's March 1, 2022 request to file a motion for summary judgment and to stay expert discovery pending the Court's resolution of the anticipated motion for summary judgment. Dkt. No. 27.

      IT IS ORDERED that the Warden or other official in charge of the George R. Vierno Center on Rikers Island produce Sheron Walters, 349-21-00353, on March 21, 2022, no later than 1:00 p.m., to a suitable location within the George R. Vierno Center that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defense counsel. If this time and date presents an inconvenience, the Warden or the Warden's designee should promptly inform Chambers by calling the Courtroom Deputy at (212) 805-0296.

      Defense counsel must: (1) send this order to the Warden immediately; (2) contact the correctional facility identified above to determine the telephone number at which the plaintiff will be reachable at the time and date of the conference; and (3) telephone the Court with the plaintiff on the line at the time and date of the conference. The parties are directed to use the Court's designated conference line at (888) 557-8511, and enter Access Code 747-0200, followed by the

pound (#) key.

      The Clerk of Court is directed to mail a copy of this order to Plaintiff by certified mail.

      SO ORDERED.

Dated: March 8, 2022
      New York, New York

_____
GREGORY H. WOODS
United States District Judge

2