```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
SHERON WALTERS,                                                  :
                                                                 :
                                      Plaintiff,                 :    1:21-cv-2880-GHW
                                                                 :
                     -v -                                        :    ORDER
                                                                 :
CITY OF NEW YORK,                                                :
                                                                 :
                                      Defendant.                 :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/2022

GREGORY H. WOODS, United States District Judge:

Defendants request to adjourn the conference scheduled for March 21, 2022 at 1:00 p.m. *sine die*, Dkt. No. 29, is denied.  The Court will proceed with the conference as scheduled.  The parties are directed to use the Court's designated conference line at (888) 557-8511, and enter Access Code 747-0200, followed by the pound (#) key.  Plaintiff is reminded that it is his responsibility to notify the court in writing if his address changes by submitting a Notice of Change of Address form.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 29 and to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: March 21, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge