```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
SHERON WALTERS,                                                  :
                                                                 :
                                        Plaintiff,               :    1:21-cv-2880-GHW
                                                                 :
                         -v -                                    :            ORDER
                                                                 :
CITY OF NEW YORK,                                                :
                                                                 :
                                        Defendant.               :
                                                                 :
---------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/2022

GREGORY H. WOODS, United States District Judge:

The Clerk of Court is directed to mail a copy of the order at Dkt. No. 31 to Plaintiff at the following address:

> Sheron Walters
> V.C.B.C.
> 1 Halleck Street
> Bronx, NY 10474

SO ORDERED.

Dated: March 23, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge