USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :
SHERON WALTERS,                                                    :
                                                                   :
                                            Plaintiff,             :        1:21-cv-2880-GHW
                                                                   :
            -v -                                                   :        ORDER
                                                                   :
CITY OF NEW YORK,                                                  :
                                                                   :
                                            Defendant.             :
                                                                   :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

On March 8, 2022, the Court issued an order on the docket scheduling a conference for March 21, 2022 at 1:00 p.m. Dkt. No. 28. The Clerk of Court mailed the Court's order scheduling the March 21, 2022 conference to Plaintiff's address listed on the docket. On March 21, 2022, the Court, the court reporter, and counsel for Defendant appeared on the conference line at the scheduled time, but Plaintiff did not. After it became apparent that Plaintiff would not be joining the call, the Court adjourned the conference and rescheduled the conference for April 18, 2022. Dkt. No. 31. The Clerk of Court mailed the Court's order scheduling the April 18, 2022 conference to two different addressed that have been provided by Plaintiff. On April 18, 2022, the Court, the court reporter, and counsel for Defendant appeared on the conference line at the scheduled time, but Plaintiff again failed to appear. The Court adjourned the conference after it became clear that Plaintiff would not be joining the call.

The Court will hold a teleconference on **May 9, 2022 at 4:00 p.m**. The parties are directed to use the Court's designated conference line at (888) 557-8511, and enter Access Code 747-0200, followed by the pound (#) key.

Plaintiff is reminded that it is his responsibility to notify the court in writing if his address changes by submitting a Notice of Change of Address form. Additionally, Plaintiff is ordered to

comply with the Court's orders. Continued failure to comply with the Court's orders may result in dismissal of this case under Federal Rule of Civil Procedure 41(b). Rule 41(b) provides, in relevant part, that "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it." Fed. R. Civ. P. 41(b). "Although the text of Fed. R. Civ. P. 41(b) expressly addresses only the case in which a defendant moves for dismissal of an action, it is unquestioned that Rule 41(b) also gives the district court authority to dismiss a plaintiff's case *sua sponte* for failure to prosecute." *LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962)).

The Clerk of Court is directed to mail a copy of this order to Plaintiff at the following addresses:

>Sheron Walters
>V.C.B.C.
>1 Halleck Street
>Bronx, NY 10474
>
>Sheron Walters
>G.R.V.C.
>09-09 Hazen Street
>East Elmhurst, NY 11370

SO ORDERED.

Dated: April 18, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge